UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IANA RODIONOVA,

Plaintiff,

v.

QATAR AIRWAYS GROUP (Q.C.S.C.), et al.,

Defendants.

Case No. 26-cv-08827-AGT

**ORDER ON MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**

Re: Dkts. 15, 16

Plaintiff seeks leave to file a motion for reconsideration of the Court's order denying her application to proceed *in forma pauperis*. Dkt. 14. Plaintiff seeks leave under subsections (b)(1) and (b)(3) of Civil Local Rule 7-9. Dkt. 15 at 2. The request is denied.

Plaintiff asserts additional facts about her husband's unemployment that she argues show poverty with "definiteness and certainty." *Id.* at 3 (citing *Escobedo v. Applebees*, 787 F.3d 1226, 1234-35 (9th Cir. 2015)). But she doesn't explain why, in the exercise of reasonable diligence, she wasn't able to present these facts at the time of the Court's first IFP order. *See* Civil L.R. 7-9(b)(1). Even so, the new facts don't change the Court's analysis. The Court's IFP order didn't rest solely on Plaintiff's failure to provide details about her husband's unemployment. *See* dkt. 14 at 2-3. And the monthly household income Plaintiff now claims still exceeds the monthly expenses in her IFP application by $1,950. Dkt. 15 at 2; dkt. 12 at 3.

The Court has also considered Plaintiff's remaining arguments under subsection (b)(3), and concludes that they don't demonstrate the "manifest failure … to consider material facts or dispositive legal arguments *which were presented to the Court before such*

*interlocutory order*." Civil L.R. 7-9(b)(3) (emphasis added). Plaintiff's request for leave is therefore denied.

Plaintiff must pay the $405 filing fee by **October 26, 2026**. The Court won't allow Plaintiff to pay the fee in monthly installments. If she doesn't pay the filing fee by October 26, the Court will recommend that a district judge dismiss this action without prejudice. Plaintiff is responsible for serving the summons and complaint. *See* Fed. R. Civ. P. 4.

This order disposes of dkts. 15 & 16.

**IT IS SO ORDERED.**

Dated: October 16, 2026

Alex G. Tse
United States Magistrate Judge