UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IANA RODIONOVA,

Plaintiff,

v.

QATAR AIRWAYS GROUP (Q.C.S.C.), et al.,

Defendants.

Case No. 26-cv-08827-AGT

**ORDER ON MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**

Re: Dkt. No. 20

Iana Rodionova asks to file a motion for reconsideration of the Court's October 29, 2026 order rejecting her third application to proceed *in forma pauperis*. *See* dkt. 19. Since initiating this case, Rodionova has unsuccessfully filed three IFP applications and two motions seeking reconsideration of her IFP status. Her latest request is also denied.

Rodionova says her household's finances have changed since the Court's previous order. Dkt. 20 at 4-5; *see also* Civil L.R. 7-9(b)(2). But the Court's previous order didn't rest solely on the substance of Rodionova's application. As she notes, the order for which she seeks reconsideration denied her IFP application in part because she sought to revisit her IFP status in violation of the Local Rules and the Court's previous orders. *See* dkt. 20 at 2.

Rodionova also doesn't convince the Court that new material facts have emerged that justify reconsidering her IFP status. *See* Civil L.R. 7-9(b). She now asserts that her household has no income "other than food stamps or medical welfare." *Id.* at 2. But she provides no detail or support for her claim that her husband's unemployment benefits have been "revoked." *Id.* at 3. And her assertion that her household has no employment income is

inconsistent with her previous applications, which have all reported that she also earns employment income. *See, e.g.*, dkt. 18 at 1. As the Court has previously explained, Rodionova's continuous revisions, without explanation, of her household's income and expenses don't show "with definiteness and certainty" that she is indigent. Dkt. 19 at 1 (citing *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir. 1981)).

The Court finds that Rodionova's motion otherwise re-raises issues already addressed in the Court's previous orders on her IFP status. Under the Local Rules, parties can't repeat arguments made on the issue for which they seek reconsideration. *See* Civil L.R. 7-9(c). For that reason, and for the same reasons discussed in the Court's previous orders, her motion is denied.

The Court won't allow Rodionova to pursue this issue any further. She may not file any new IFP applications or motions for leave; any such filings will be rejected. She must pay the $405 filing fee by **November 20, 2026**. If she doesn't, the Court will recommend that a district judge dismiss this action without prejudice.

**IT IS SO ORDERED.**

Dated: November 10, 2026

Alex G. Tse
United States Magistrate Judge